UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAUL ISAI AGUYAO-DUARTE,<br><br>Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>Respondent. | Nos. 24-3004<br>     24-6285<br><br>Agency No.<br>A216-381-822<br><br>ORDER |

The court sua sponte consolidates petition Nos. 24-3004 and 24-6285. The parties must include both case numbers on all future filings.

In No. 24-3004, the certified administrative record has been filed. In No. 24-6285, the certified administrative record is due November 25, 2024. The remainder of the briefing schedule in these consolidated petitions is stayed pending resolution of the motion for appointment of counsel. *See* 9th Cir. R. 27-11.

Petitioner's in forma pauperis status, granted in No. 24-3004, continues in these consolidated cases. Accordingly, the motion to proceed in forma pauperis in No. 24-6285 (Docket Entry No. 2) is unnecessary.

The temporary stay of removal in No. 24-3004 continues in effect until issuance of the mandate in these consolidated petitions for review, or further order of the court. *See* 9th Cir. Gen. Ord. 6.4(c).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT